JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile:  415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> APPROXIMATELY $270,380 IN UNITED STATES CURRENCY, <br>     Defendant. | No. 09 - 05355 SBA <br><br> **STIPULATION TO STAY PROCEEDING and [PROPOSED] ORDER** |

    IT IS HEREBY STIPULATED by and between plaintiff United States of America and potential claimants Billy and Connie Rainer, through undersigned counsel, that this action be stayed pursuant to 18 U.S.C. § 981(g) and 21 U.S.C. § 881(I).

    On July 1, 2009, potential claimants were arrested for alledgedly growing marijuana on the property where the defendant currency was seized, and the criminal case is currently being prosecuted in the Superior Court for the State of California in Lake County. The allegations in the present forfeiture complaint are related to the allegations at issue in the related criminal indictment and, consequently, the parties agree that a stay in the forfeiture proceeding for 180 days is necessary, because continuation of the forfeiture proceeding will burden the right of the

claimant against self-incrimination in the related criminal case and will adversely affect the prosecution of the related criminal case.

IT IS SO STIPULATED:            JOSEPH P. RUSSONIELLO
                                United States Attorney

Dated: 12/07/09

                                _____
                                DAVID COUNTRYMAN
                                Assistant United States Attorney


Dated: 12/04/09

                                _____
                                BRIAN J. PETERSEN
                                Attorney for Potential Claimants
                                Billy and Connie Rainer

### ORDER GRANTING STAY

UPON CONSIDERATION of the Stipulation to Stay, the entire record, and for good cause shown, it is by the Court on this 21st day of DECEMBER, 2009

ORDERED that the instant case be, and hereby is, STAYED, until JUNE 21, 2010, at 9:00 AM pursuant to 18 U.S.C. § 981(g).


                                _____
                                HONORABLE SAUNDRA BROWN ARMSTRONG
                                United States District Judge

STIPULATION TO STAY PROCEEDING and [PROPOSED] ORDER
No. 09-05355 SBA                    2