JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile:  415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $270,380 IN UNITED STATES CURRENCY,<br><br>          Defendant. | No. CV 09-05355 SBA<br><br>**STIPULATION TO STAY PROCEEDING and ORDER** |

      IT IS HEREBY STIPULATED by and between plaintiff United States of America and

potential claimants Billy and Connie Rainer, through undersigned counsel, that this action be

stayed pursuant to 18 U.S.C. § 981(g) and 21 U.S.C. § 881(I).

      On July 1, 2009, potential claimants were arrested for allegedly growing marijuana on

the property where the defendant currency was seized, and the criminal case is currently being

prosecuted in the Superior Court for the State of California in Lake County.  The related criminal

case is set for a preliminary hearing-setting conference on April 2, 2010.  The allegations in the

present forfeiture complaint are related to the allegations at issue in the related criminal

indictment and, consequently, the parties agree that a stay in the forfeiture proceeding for 180

1    days is necessary, because continuation of the forfeiture proceeding will burden the right of the

2    claimant against self-incrimination in the related criminal case and will adversely affect the

3    prosecution of the related criminal case.

4

5    IT IS SO STIPULATED:                              JOSEPH P. RUSSONIELLO

6                                                      United States Attorney

7

8    Dated: March 19, 2010                            /S/ David Countryman_____

9                                                      DAVID COUNTRYMAN
                                                       Assistant United States Attorney

10

11

12   Dated: March 19, 2010                            /S/ Brian J. Petersen_____

13                                                     BRIAN J. PETERSEN
                                                       Attorney for Potential Claimants

14                                                     Billy and Connie Rainer

15

16                              **ORDER GRANTING STAY**

17       Pursuant to the parties' stipulation, and 18 U.S.C. § 981(g) and 21 U.S.C. § 881(i),

18   IT IS HEREBY ORDERED THAT:

19       (1)     The instant action is STAYED until October 6, 2010. Should the state action be

20               resolved prior to October 1, 2010, the parties are to notify the Court in writing

21               immediately.

22       (2)     A Case Management Conference is scheduled for October 6, 2010, at 2:30 p.m.

23               The parties shall **meet and confer** prior to the conference and shall prepare a joint

24               Case Management Conference Statement which shall be filed no later than ten

25               (10) days prior to the Case Management Conference that complies with the

26               Standing Order For All Judges Of The Northern District Of California and the

27               Standing Order of this Court.  Plaintiff shall be responsible for filing the

28

STIPULATION TO STAY PROCEEDING and [PROPOSED] ORDER
No. 09-05355 SBA                        2

statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

3/29/10

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge