1  MELINDA HAAG  (CSBN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CSBN 226995)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, CA 94102
       Telephone: 415.436.7303
7      Facsimile:   415.436.7234
       Email: david.countryman@usdoj.gov
8
9  Attorneys for United States of America

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,          )
                                       )        No. 09 - 05355 SBA
14                        Plaintiff,   )
                                       )
15              v.                     )   **STIPULATION TO STAY PROCEEDING**
                                       )        **and [~~PROPOSED~~] ORDER**
16  APPROXIMATELY $270,380 IN UNITED )
    STATES CURRENCY,                   )
17                                     )
                                       )
18                        Defendant.   )
    _____)

19

20      IT IS HEREBY STIPULATED by and between plaintiff United States of America and

21  potential claimants Billy and Connie Rainer, through undersigned counsel, that this action be

22  stayed pursuant to 18 U.S.C. § 981(g) and 21 U.S.C. § 881(I).

23      On July 1, 2009, potential claimants were arrested for allegedly growing marijuana on

24  the property where the defendant currency was seized, and the criminal case is currently being

25  prosecuted in the Superior Court for the State of California in Lake County.  The related criminal

26  case is set for a hearing to set a Hobbs disclosure hearing on October 22, 2010, with a

27  preliminary hearing to be set hereafter.  The allegations in the present forfeiture complaint are

28  related to the allegations at issue in the related criminal complaint and, consequently, the parties

1  agree that a stay in the forfeiture proceeding for 180 days is necessary, because continuation of

2  the forfeiture proceeding will burden the right of the claimant against self-incrimination in the

3  related criminal case and will adversely affect the prosecution of the related criminal case.

4

5  IT IS SO STIPULATED:                              MELINDA HAAG
                                                     United States Attorney
6

7

8  Dated:  September 20, 2010                        /S/_____
                                                     DAVID COUNTRYMAN
9                                                    Assistant United States Attorney

10

11

12 Dated:  September 20, 2010                        /S/_____
                                                     BRIAN J. PETERSEN
13                                                   Attorney for Potential Claimants
                                                     Billy and Connie Rainer
14

15

16                              **ORDER GRANTING STAY**

17          Pursuant to the parties' stipulation, and 18 U.S.C. § 981(g) and 21 U.S.C. § 881(i),

18 IT IS HEREBY ORDERED THAT:

19 (1) The instant action is STAYED until March 21, 2011.  Should the state action be resolved

20 prior to March 21, 2011, the parties are to notify the Court in writing

21 immediately.

22 (2) A Case Management Conference is scheduled for April 6, 2011 at 2:30 p.m.  The parties

23 shall **meet and confer** prior to the conference and shall prepare a joint Case Management

24 Conference Statement which shall be filed no later than ten (10) days prior to the Case

25 Management Conference that complies with the Standing Order For All Judges Of The Northern

26 District Of California and the Standing Order of this Court. Plaintiff shall be responsible for

27 filing the statement as well as for arranging the conference call. All parties shall be on the

28

STIPULATION TO STAY PROCEEDING and [PROPOSED] ORDER
No. 09-05355 SBA                              2

1    line and shall call (510) 637-3559 at the above indicated date and time.

2

3    IT IS SO ORDERED.
     9/27/10
4    _____
     HONORABLE SAUNDRA BROWN ARMSTRONG
5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO STAY PROCEEDING and [PROPOSED] ORDER
No. 09-05355 SBA                                3