MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, CA 94102
   Telephone: 415.436.7303
   Facsimile:  415.436.7234
   Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>                   Plaintiff, ) <br>          v.        ) <br> APPROXIMATELY $270,380 IN UNITED ) <br> STATES CURRENCY, ) <br>                  Defendant. ) | No. 09 - 05355 SBA <br><br> **JUDGMENT OF FORFEITURE** |

     UPON CONSIDERATION of the Settlement Agreement, the entire record, and for good cause shown, it is by the Court on this  17TH day of  MARCH , 2011, ORDERED, ADJUDGED AND DECREED that defendant $270,380 be, and hereby is, FORFEITED to the United States for disposition by the Attorney General in accordance with law; and it is FURTHER ORDERED that the instant case be, and hereby is, DISMISSED.

3/17/11

                                      */s/ Saundra B. Armstrong*
                         HONORABLE SAUNDRA BROWN ARMSTRONG
                         United States District Judge